UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:18-cv-00249

| | |
|---|---|
| In re: Subpoena of North Carolina Department of Insurance. ) ) ) ) KRISTIAN ZAMBER, on behalf of himself ) and all others similarly situated, ) ) Plaintiff, ) ) v. ) ) AMERICAN AIRLINES, INC., ) ) Defendant. ) | Civ. A. No. 1:16-cv-23901-JEM (S.D.Fla.) |

## ORDER GRANTING
## MOTION FOR LEAVE TO PERMIT PLAINTIFF TO
## FILE DOCUMENTS UNDER SEAL

This matter came before the Court on the Motion for Leave to Permit Plaintiff to File Documents under Seal ("Motion") submitted by movants and non-parties AGA Service Company aka Allianz Global Assistance ("Allianz Global Assistance") and Jefferson Insurance Company ("JIC") (collectively "Movants").

The Court, having reviewed the Motion and accompanying Memorandum in Support, and for good cause shown, hereby exercises its discretion and further GRANTS the Motion and directs that Exhibits 1 to 3 thereto are to be filed under seal.

SO ORDERED, this the 21st day of June, 2018.

*Louis W. Flanagan*
United States District Court Judge
Eastern District of North Carolina